1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| ANGELICA MARTINEZ, | 1:19-cv-00487-LJO-EPG |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS APPLICATION |
| FP STORE, INC., | (ECF No. 2) |
| Defendant. | |

12
13
14
15
16
17
18

Plaintiff Angelica Martinez brings this suit against Defendant FP Store, Inc., *pro se* under

19
the Fair Labor Standards Act, 29 U.S.C. § 207. Pending before the Court is Plaintiff's Motion to

20
Proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required

by § 1915(a) and accordingly, the request to proceed *in forma pauperis* is GRANTED.

21

As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. §

22
1915(e)(2), the Court must conduct an initial review of *pro se* complaints filed *in forma pauperis*

23
to determine whether the complaint is legally sufficient under the applicable pleading standards.

24
The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint

25
is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks

26
monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the

27
Court determines that the complaint fails to state a claim, leave to amend may be granted to the

28

1

extent that the deficiencies in the complaint can be cured by amendment. The complaint will be screened in due course and Plaintiff will be served with the resulting order.

IT IS SO ORDERED.

Dated: __**July 24, 2019**__                    _/s/ Erica P. Grosjean_
                                                                UNITED STATES MAGISTRATE JUDGE